UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS T. JOSEPH,

          Plaintiff,

-against-

WESTCHESTER COUNTY DEPARTMENT
OF COMMUNITY MENTAL HEALTH, et al.,

          Defendants.

1:20-CV-0420 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

    In orders dated January 17, 2020, the Court directed Plaintiff to, within 30 days, (1) either pay the fees to bring this action or submit an *in forma pauperis* application, and (2) resubmit the signature of his complaint with his original signature. (ECF 2 & 3.) On February 3, 2020, Plaintiff paid the fees. But he has not resubmitted the signature page of his complaint with his original signature.

    In light of Plaintiff's *pro se* status, and because he has paid the fees to bring this action, the Court will give Plaintiff one last chance to resubmit the signature page of his complaint with his original signature.

    The Court directs Plaintiff to resubmit the signature page of his complaint with his original signature within 30 days of the date of this order. A copy of the signature page is attached to this order.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. No summons will issue at this time. If Plaintiff complies with this order, this action shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the Court dismiss this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: March 3, 2020
        New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge